# In the United States Court of Federal Claims

_Joel Lopez_

_____
**Plaintiff(s),**

**v.**

**THE UNITED STATES,**

**Defendant.**

_Umass Memorial_

Case No. _____

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (_in forma pauperis_ (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (_see e.g._, 28 U.S.C. §§ 1491-1509).

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**2. PARTIES**

Plaintiff, _Joel Lopez_ , resides at _1030 Main_
(Street Address)

_Worcester, MA 01603_ , _____
(City, State, ZIP Code)                    (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____

_____

_____

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?  ◯ Yes ● No

If yes, please list the case(s) below, including case number(s):

_____

**3. STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**4. RELIEF.** Briefly state exactly what you want the court to do for you.

To remove Such toxic and demand

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __08__ day of __02__ , __2021__ .
       (day)             (month)        (year)

_____
                                 Signature of Plaintiff(s)

Hi as you can see I'm still alive, I've been dealing with internal bleeding. First, it was a vein in my neck now it's worse veins everywhere internal bleeding in my chest my arms and my legs, stomach as well. The pain from a one to a ten on how I feel is a ten and been feeling nauseous and feel faint all the time. I have trouble moving my body and my heartbeats weird the hospital gave me some blue energy liquid intravenously called methylene blue. For side effects, it said unusual bleeding and I called the F.D.A. and they said the injection was not approved now you know why. I've been looking into a brain injury care center to spend some time in and the internal bleeding is still happening today but hope and pray for some recovery.

Umass memorial gave me energy and burst a vein in my neck and continues to attack me I'm suing for two million five hundred thousand dollars

FEB 12 '21 PM 3:07 SB